IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, STATE OF FLORIDA
CIVIL DIVISION
(NAPLES)

LAURA HAUZE,

    Plaintiff,

CASE NO.: 08-8184-CA

-VS-

COLLECTCORP CORPORATION,

2:08-cv-885-FtM-29DNF

    Defendants.
_____/

## AMENDED COMPLAINT

The Plaintiff, LAURA HAUZE, by and through the undersigned counsel, Amends this Complaint to sue the Defendant, COLLECTCORP CORPORATION, and in support thereof respectfully alleges the following:

### JURISDICTION AND VENUE

1. This is an action for damages exceeding Fifteen Thousand Dollars ($15,000.00) exclusive of attorney fees and costs.

2. Jurisdiction and venue for purposes of this action are appropriate and conferred by Florida Statutes.

3. The alleged violations described in the Complaint occurred in Collier County, Florida.

### FACTS COMMON TO ALL COUNTS

4. Defendant is a foreign liability company, but they are transacting business in the state of Florida the corporate entity responsible for attempting to collect a consumer debt from Plaintiff.

5. Defendants consent of and have knowledge and control of the collection activities of their agents and representatives, including supervisors, managers, affiliates, subsidiaries,

divisions, employees, servants, partners, agents, vendors, assignees, transferees, collectors and/or contractors for an alleged debt of Plaintiff's father, Gary Hauze.

6. Defendants intentionally harassed and abused the Plaintiff on numerous occasion by their agents and representatives, including but not limited to individuals known as Michelle, Mr. Agular, and Francisco Rodas, calling several times during one day and on back-to-back days, including but not limited to 5/8/08, 5/14/08, 5/16/08 and 5/22/08 with such frequency as can reasonably be expected to harass.

7. Defendants intentionally and willfully harassed and abused Plaintiff by their agents and representatives continually attempting to collect on an alleged debt, for which the Plaintiff has no responsibility or knowledge.

8. Defendants intentionally and willfully harassed and abused Plaintiff by their agents and representatives, including an individual known as Michelle, calling and falsely identifying herself as someone interested in horses, the training facility and show season, when actually she was a debt collector.

9. Defendants intentionally harassed and abused the Plaintiff by their agents and representatives continually calling Plaintiff on her cell phone causing minutes to be used and the Plaintiff to incur extra expenses.

10. Defendants intentionally harassed Plaintiff by their agents and representatives, including an individual known as Michelle or Mikki, posting false information on the internet shedding a negative light on Plaintiff's business and adversely affecting Plaintiff's business.

11. Plaintiff's damages pursuant to Florida Statutes including § 559.77 have continued and are continuing as of the filing of this complaint.

12. All conditions precedent to the filing of this action have occurred.

## COUNT I
### (Fair Debt Collection Practices Act – FDCPA)

The Plaintiff re-alleges paragraphs one (1) through thirteen (12) as if fully restated herein and further states as follows:

13. The Defendant violated provisions of 15 U.S.C. §1692c(b) by communicating with third parties, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a post judgment judicial remedy, and by communicating, in connection with the collection of any debt, with any person other than a consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.

14. The Defendant violated provisions of 15 U.S.C. §1692d by engaging in conduct in which the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

15. The Defendant violated provisions of 15 U.S.C. §1692d(5) by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

16. The Defendant violated provisions of U.S.C. §1692e by using false, deceptive, or misleading representation or means in connection with the collection of any debt.

17. The Defendant violated provisions of U.S.C. §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

18. The Defendant violated provisions of U.S.C. §1692f by using unfair or unconscionable

3

means to collect or attempt to collect any debt.

WHEREFORE, Plaintiff respectfully demands a trial by jury of all issues so triable and judgment against Defendant for statutory damages, actual damages, an injunction from similar conduct, costs, interest, attorney fees and any such other relief this Honorable Court deems appropriate in the spirit of Justice.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Defendant by Service of Process upon the Resident Agent.

Respectfully submitted,

William Peerce Howard, Esquire
Morgan & Morgan, P.A.
201 North Franklin St.
6th Floor
Tampa, Florida 33602
813.223.5505
813.275.5402 - f
FBN: 0103330
Attorneys for the Plaintiff
whoward@forthepeople.com

4