**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

LAURA HAUZE,                                              Case No.: 2:08-cv-00885-JES-DNF

      Plaintiff,

vs.

COLLECTCORP CORPORATION,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW Defendant, COLLECTCORP CORPORATION, by and through its undersigned counsel, and hereby notifies the Court that a compromise settlement has been reached between the Plaintiff, LAURA HAUZE and Defendant, COLLECTCORP CORPORATION, and that they anticipate the filing of a Joint Dismissal with Prejudice of all claims against COLLECTCORP CORPORATION, in the above-captioned suit.

Respectfully submitted this 23rd day of December, 2008.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on **December 23, 2008**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed to: William Peerce Howard, Esquire**,** Morgan & Morgan, P.A., One Tampa City Center, 201 N. Franklin Street, Tampa, Florida 33602 **(WHoward@ForThePeople.com)**

                                                    **s/ Ernest H. Kohlmyer, III**
                                                   ERNEST H. KOHLMYER, III, ESQ.
                                                   Florida Bar No.: 0110108
                                                   MOLLY E. YOUNG, ESQ.
                                                   Florida Bar No.: 0599891
                                                   BELL, ROPER & KOHLMYER, P.A.
                                                   2707 East Jefferson Street
                                                   Orlando, Florida 32803
                                                   Telephone: (407) 897-5150
                                                   Facsimile: (407) 897-3332
                                                   SKohlmyer@bellroperlaw.com
                                                   Attorneys for Defendant, Collectcorp Corporation